















TKL    2/15/02    10:10
3:01-CR-01579   USA V. CUELLAR
*27*
*CRMO.*

Minutes of the United States District Court
# Southern District of California

U.S.A. vs. __CUELLAR__ ( 1 )   Crim. No. __01CR1579B__
_____ (   )   Mag. No. _____

Magistrate Judge __AARON__   Tape No. __CGA02-1:2962-4108__

Atty __JOHN LANAHAN__ for ( 1 ) _X_ Apptd ___ Rtnd ___ PDA
Atty _____ for (   ) ___ Apptd ___ Rtnd ___ PDA
Atty _____ Appointed for material witness(es)

___ True name _____

___ Case dismissed on oral motion of court/govt/dft with/without prejudice

___ Dft(s) arraigned   ___ Guilty plea   ___ Change plea to guilty   Count(s) _____

___ Juv delinq counts   ___ ___ Denial   ___ Admission

_X_ Dft(s) sentenced   ___ Custody BOP for _____

_X_ Spv prob   ___ Unspv prob/release   for **1 YEAR**   _X_ Upon conditions, see jgm

_X_ Fine **$200.00**   ___ waived   ___ forthwith   _X_ within **ONE YEAR**

___ Restitution   ___ Payable to _____

_X_ P/A **$25.00**   ___ remitted   ___ forthwith   _X_ within **THIRTY DAYS**

___ Pmts of _____ per _____   ___ As determined by _____

_X_ Remaining cnt(s)/underlying cmp dism   ___ Pending   ___ motions w/drawn   ___ dates vacated

___ Dft(s) ordered removed to _____

___ Forthwith   ___ Dft(s) to appear by _____

___ Spv release   ___ probation   ___ revocation hearing held   ___ Dft(s)   ___ Admits   ___ Denies

Ct finds dft(s)   ___ in viol   ___ not in viol   ___ Dft(s) cont on   ___ spv release   ___ prob

___ Spv release   ___ probation   ___ revoked   ___ termed   ___ reinstated

___ Spv release   ___ probation   ___ extended to _____

Bond   _X_ exonerated   ___ reinstated   ___ revoked   ___ forfeited   ___ forfeiture set aside

___ M/W(s) ordered released forthwith

Other:   **Sentenced imposed under 18 USC 3607. Further proceedings set for 2-11-03 at 2:00 p.m.**

Date: _2-12-02_   Deputy: _____