















TKL      2/21/02

3:01-CR-1579 USA V. CUELLAR

*28*

*CRJGMCOMI*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## RECORD OF PROCEEDINGS AND JUDGMENT

UNITED STATES OF AMERICA,　　　　　)　　　CASE NO. ___0__02 FEB 20/ PM 2: 05

　　　　　　　　　　　　　　　　　　)

　　　　　　　vs.　　　　　　　　　　)　　　Superseding/ FILED U.S. DISTRICT COURT

　　　　　　　　　　　　　　　　　　)　　　　　　　　　SOUTHERN DISTRICT OF CALIFORNIA

AIDE CUELLAR　　　　　　　　　　　　)　　　Tape No: _CGA_02-M-2962-4108_

　　　　　　　　　　　　　　　　　　　　　　　　　　BY:　　　　　　　　**DEPUTY**

**VIOLATION:**　CT 1:　21 USC 844 - Possession of Marijuana (Misdemeanor)

**PROCEEDINGS:**　　　　　　　　　　　　　　　　　DATE:　2-12-02

___x___Defendant informed of charges, right to trial and right to counsel on November 27, 2001.

___x___Attorney:　John Lanahan, appointed

___x___Filed "Consent to be Tried by U.S. Magistrate" on November 27, 2001.

**PLEA:**　__x_Guilty on Count 1 ____ accepted __X__tendered

### JUDGMENT AND COMMITMENT

　　IT IS ORDERED that pursuant to 18 USC 3607(a) further proceedings and entry of judgment
　　herein are deferred and and the defendant is placed on
__x_SUPERVISED _____UNSUPERVISED probation for a period of one (1) year
　　on condition:

_x_she obey all laws Federal, State and Municipal;
_x_she comply with all lawful rules and regulations of the Probation
　　Department;
_x_she not possess any narcotic drug or controlled substance without a lawful medical
　　medical prescription;
_x_she not possess firearms, explosive devices, or other dangerous weapons;
_x_she submit to a search of person, property, residence, abode or vehicle, at a reasonable
　　time and in a reasonable manner, by the probation officer;
_x_she report all vehicles owned or operated, or in which she has an interest, to the
　　probation officer;
_x_she not enter the Republic of Mexico without permission of the probation officer;
_x_she complete one hundred (100) hours community service in a program approved by the
　　probation officer with one (1) year;
_x_she participate in a program of drug treatment, including urinalysis testing and
　　counseling, as directed by the probation officer;
_x_she pay a $200.00 fine within one (1) year;
_x_she pay a $25.00 penalty assessment within thirty (30) days; and
_x_she __x__ reappear in Court ____ appear by affidavit regarding
　　___x_ deferred entry of judgment on _February 11, 2003_ at 2:00 p.m.

___x__ IT IS ORDERED that the underlying indictment be dismissed.

　　IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal
or other qualified officer and that the copy serve as the commitment of the defendant.

　　　　　　　　　　　　　　　　　　　Cynthia G. Aaron
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge