















CSG   2/26/02   10:40
3:01-CR-01579   USA V. CUELLAR
*29*
*CRJGMCOMXC.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### RECORD OF PROCEEDINGS AND JUDGMENT

UNITED STATES OF AMERICA, ) CASE NO. 01CR1579
)
vs. ) Superseding
)
AIDE CUELLAR ) Tape No: CGA02-1:2962-4108

VIOLATION: CT 1: 21 USC 844 - Possession of Marijuana (Misdemeanor)

PROCEEDINGS: DATE: 2-12-02

__x__ Defendant informed of charges, right to trial and right to counsel on November 27, 2001.

__x__ Attorney: John Lanahan, appointed

__x__ Filed "Consent to be Tried by U.S. Magistrate" on November 27, 2001.

PLEA: __x__ Guilty on Count 1 ___ accepted __X__ tendered

### JUDGMENT AND COMMITMENT

IT IS ORDERED that pursuant to 18 USC 3607(a) further proceedings and entry of judgment herein are deferred and and the defendant is placed on
__x__ SUPERVISED ___ UNSUPERVISED probation for a period of one (1) year on condition:

_x_ she obey all laws Federal, State and Municipal;
_x_ she comply with all lawful rules and regulations of the Probation Department;
_x_ she not possess any narcotic drug or controlled substance without a lawful medical medical prescription;
_x_ she not possess firearms, explosive devices, or other dangerous weapons;
_x_ she submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer;
_x_ she report all vehicles owned or operated, or in which she has an interest, to the probation officer;
_x_ she not enter the Republic of Mexico without permission of the probation officer;
_x_ she complete one hundred (100) hours community service in a program approved by the probation officer with one (1) year;
_x_ she participate in a program of drug treatment, including urinalysis testing and counseling, as directed by the probation officer;
_x_ she pay a $200.00 fine within one (1) year;
_x_ she pay a $25.00 penalty assessment within thirty (30) days; and
_x_ she __x__ reappear in Court ___ appear by affidavit regarding
__x__ deferred entry of judgment on February 11, 2003 at 2:00 p.m.

__x__ IT IS ORDERED that the underlying indictment be dismissed.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

I have executed within Probation Judgement and Commitment on 2/25/02

United States Marshal
By: _____
USMS Criminal Section

Cynthia G. Aaron
United States Magistrate