USDC SCAN INDEX SHEET
Case 3:01-cr-01579-CGA    Document 31    Filed 02/11/03    PageID.135    Page 1 of 2










```
TKL    2/12/03    14:50
3:01-CR-01579   USA V. CUELLAR
*31*
*CRMO.*
```

2001CR01579-CGA

# Minutes of the United States District Court
## Southern District of California
### Tuesday, February 11, 2003

**For the Honorable:** Leo S. Papas   Magistrate Judge

**Deputy Clerk:** T. Lopez

**On Calendar:**

2001CR01579-CGA

USA vs.       Lang    Booking #

(1) AIDE CUELLAR (R)     76684-198    (1) John Owen Lanahan  CJA  619 237-5498

                                                              Lindey M. Egre  AUSA  619 557-5923

STATUS CONF (1)

**Minutes:**

Tape No: LSP03-1:1433-1670

**STATUS HEARING HELD.**
**DEFT REQUEST TO DISMISS CMP - GRANTED.**

Printed:  02/11/2003  10:59 am            Page 1 of 1